

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2022

No. 04-22-00761-CR

**IN RE** Darryl B. **WELLS**

Original Proceeding[1]

### ORDER

On November 10, 2022, Relator Darryl B. Wells filed a petition for writ of mandamus. After considering the petition and the record, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Additionally, we **DENY** as moot Relator's motion for leave to file a petition for writ of mandamus because leave is not required to file a petition in an intermediate appellate court. *See* TEX. R. APP. P. 52.1; *In re Medina*, 04-19-00041-CR, 2019 WL 360534, at *1 (Tex. App.—San Antonio Jan. 30, 2019, orig. proceeding) (mem. op.).

It is so **ORDERED** on November 23, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2007-CR-2049, styled *State of Texas v. Darryl B. Wells*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.